## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: PATSY A. MIDDLETON** | **CASE NO. 05-11882** |
| **UNITED STATES TRUSTEE** | **PLAINTIFF** |
| **VS.** | **ADV. NO. _____** |
| **PATSY A. MIDDLETON** | **DEFENDANT** |

### COMPLAINT OBJECTING TO DISCHARGE

Comes now the United States Trustee for Region 5 and files this complaint objecting to discharge in the above styled and numbered case, and in support thereof will show unto the court as follows, to-wit:

I.

The defendant received a discharge pursuant to 11 U.S.C. §727 in a previous bankruptcy case in the Northern District of Mississippi, case number 00-10423. This case was commenced on February 7, 2000, in the name of Patsy A. Middleton. Said case was filed within six (6) years before the date the above styled and numbered case was filed.

II.

The above styled and numbered case was filed as a chapter 7 on March 18, 2005.

III.

Pursuant to 11 U.S.C. §727(a)(8), a chapter 7 discharge cannot be granted to the defendant in

this case.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee submits this complaint objecting to discharge in the above styled and numbered adversary proceeding and prays that the court will enter an order denying discharge. The United States Trustee prays for general relief to which entitled in these premises.

                Respectfully submitted,

                R. MICHAEL BOLEN
                United States Trustee
                Region 5, Districts of
                Louisiana and Mississippi

           by: /s/ Sammye S. Tharp
                Sammye S. Tharp
                Trial Attorney

Sammye S. Tharp
Trial Attorney
Suite 706
McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Direct telephone no. (601)965-4142
Facsimile no. (601)965-5226
Miss. Bar no. 10016

## **CERTIFICATE OF SERVICE**

I, Sammye S. Tharp, Trial Attorney for the U.S. Trustee, do hereby certify that I have this day, mailed, postage prepaid, a true and correct copy of the foregoing Complaint Objecting to Discharge to the below named individuals.

Alex B. Gates
P.O. Box 216
Sumner, MS 38957

Mary B. Draper
P.O. Drawer 586
Batesville, MS 38606

This the 1st day of July, 2005.

/s/ Sammye S. Tharp
Sammye S. Tharp